[No. 19901.   *En Banc.*   April 21, 1927.]

R. H. HAMM et al., *Respondents*, v. THE CITY OF SEATTLE, *Appellant.*[1]

Appeal from a judgment of the superior court for King county, Jones, J., entered October 13, 1925, upon the verdict of a jury rendered in favor of the plaintiffs, in an action in tort.   Affirmed.

*Thomas J. L. Kennedy* and *Arthur Schramm*, for appellant.
*Frank S. Griffith* and *Jay C. Allen*, for respondent.

PER CURIAM.—In view of our holding in *Wong Kee Jun v. Seattle*, ante p. 479, 255 Pac. 645, where we have adopted a rule different from that enunciated in *Jorguson v. Seattle*, 80 Wash. 126, 141 Pac. 334, the departmental decision herein reported in ( *Hamm v. Seattle*) 140 Wash. 427, 249 Pac. 778, is modified by striking therefrom the following language:

"The objection is sound.   *Kincaid v. Seattle*, 74 Wash. 617, 134 Pac. 504, 135 Pac. 820; *Jorguson v. Seattle*, 80 Wash. 126, 141 Pac. 334.

"But we do not think reversal should necessarily follow.   A statement of law inapplicable under the facts and pleadings, but which could in no wise prejudice or mislead the jury, cannot be considered reversible error."

In all other respects the opinion is affirmed.

----

[No. 20253.   Department One.   April 27, 1927.]

ROCHE FRUIT & PRODUCE COMPANY, *Appellant*, v. JOHN LANE et al., *Respondents.*[2]

Appeal from the judgment of the superior court for Yakima county, Hawkins, J., entered July 14, 1926, upon findings in favor of the defendants, in an action of replevin, tried to the court.
Affirmed.

*Grady & Velikanje*, for appellant.
*Williamson & LaBerge, O. R. Schumann*, and *Nat U. Brown* for respondents.

PER CURIAM.—This is a companion case to that of *Roche Fruit & Produce Co. v. Vaugt*, ante, p. 601, 255 Pac. 953.   The questions in it are essentially similar to those in that case and the decision is in all respects the same as in that case.
Affirmed.

[1]Reported in 255 Pac. 655.
[2]Reported in 255 Pac. 955.